# United States Bankruptcy Court
## Middle District of Florida

In re: **Allen Lee McClelland**
**Bobbie Ann McClelland**

Debtor(s)

Case No. _____
Chapter **7**

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, __**Allen Lee McClelland and Bobbie Ann McClelland**__, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____
**Allen Lee McClelland**
Signature of Debtor
or other claimant

_____
**Bobbie Ann McClelland**
Signature of Joint Debtor

### Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Voluntary Petition | 03-03-09 |
| Schedules A - J | |
| Statement of Financial Affairs | |
| Statement of Social Security Number | |
| Statement of Intentions | |
| Means Test (form 22 A) | |
| Certificate of Credit Counseling | |
| Income Advises | 03-03-09 |